FILED

JUL - 1 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR318 SEP/DDN |
| DEWAYNE FAIR, a/k/a, "Verg," and MICHAEL THOMAS, a/k/a, "Ba Ba,", | ) |
| Defendants, | ) |

**ORDER**

It appearing to the Court that the following defendant, to wit,

**DEWAYNE FAIR, a/k/a, "Verg," and
MICHAEL THOMAS, a/k/a, "Ba Ba,",**

have been indicted by the grand jury, and that the defendants have not yet been taken into custody, nor have the defendants yet given bail for the their final appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have given bail for their final appearance.

*Audrey G. Fleissig*
UNITED STATES DISTRICT JUDGE

Dated this  1st  day of July, 2020.