RECEIVED
NOV 19 2020
BY MAIL

United States Of America )
) Case No. 4:20 CR 318
Vs. ) SEP
)
Dewayne V. Fair Jr )

## Motion
## Requesting New Counsel

Now comes I Dewayne Fair Pro Se requesting new counsel based on the fact my Attorney Mohommed G. Ahmed and I have irreconcilable differences.

Dewayne Fair
x _[signature]_
Date 11-16-20

Dewayne V. Fair Jr
SS# 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     D.O.B 10/25/87
St. Genevieve Detention Center
#5 Basler Dr. St. Genevieve Mo. 63670

Clerk of Court
111 So. 10th St, St. Louis Mo. 63102

Dear Clerk of Court,

1). Please forward copies to all parties including myself concerning this case.

2). Please send me a copy of my Docket.

Thank you for your time

Sincerely

x [signature]

Todays Date 11-16-20

DeWayne Fair #73826
5 Basler Dr.
St. Genevieve MO, 63670

SAINT LOUIS MO 630
17 NOV 2020 PM 4 L
FOREVER USA
Barn Swallow



MAILED FROM
STE GENEVIEVE
COUNTY
DETENTION CENTER

Clerk of Court
111 S. 10th St.
St. Louis MO, 63102

RECEIVED
NOV 19 2020
BY MAIL

63102-112599