UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 CR 318 SEP / DDN |
| | ) | |
| DEWAYNE FAIR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that a hearing on the *pro* se motion of defendant Dewayne Fair for the appointment of new counsel (Doc. 49) is set for **Wednesday, December 23, 2020 at 1: 30 p.m.**

                                              **/s/ David D. Noce**
                                    **UNITED STATES MAGISTRATE JUDGE**

Signed on December 18, 2020.