IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CR-00318-SEP-DDN (SPM) |
| DEWAYNE FAIR, | ) |
| Defendant. | ) |

### MOTION FOR RECONSIDERATION OF THE ORDER OF DETENTION

NOW COMES Defendant DEWAYNE FAIR, through undersigned counsel requesting this Honorable Court to hold a hearing in consideration of his Motion For Reconsideration of the Order of Detention. In support of this motion, Defendant states the following:

reconsider the July 20, 2020 Order of Detention (Doc. 20)

1. Defendant is charged with one count of being a felon in possession of a firearm in violation of Title 18 U.S.C. § 922(g).
2. The Court ordered Mr. Fair detained in a July 20, 2020 order (Doc. 20).
3. On October 19, 2020, Mr. Fair filed a motion for reconsideration of that order. (Doc. 42).
4. The Government filed an opposition to the motion for reconsideration on October 20, 2020. (Doc. 43).
5. Mr. Fair requests the Court hold a hearing so he can present oral argument in favor of his motion as soon as practicable for the Court.

**WHEREFORE**, Defendant DEWAYNE FAIR respectfully requests this Honorable Court to hold a hearing in consideration of his Motion For Reconsideration (Doc. 42) of the Order of Detention (Doc. 20).

Dated: December 28, 2020                Respectfully submitted,

/s/Mohammed G. Ahmed
MOHAMMED G. AHMED
Assistant Federal Public Defender
Bar No. 6285612 IL
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Mohammed_Ahmed@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Donald Boyce, Assistant United States Attorney.

/s/ Mohammed G. Ahmed
MOHAMMED G. AHMED
Assistant Federal Public Defender